<partyblock>

Y.A.M. Medical Supply, Inc., as Assignee of Edwin Franco, Respondent,  

against

Travelers Indemnity Co., Appellant.

Law Offices of Aloy O. Ibuzor (Alla Peker, Esq.), for appellant.

Gary Tsirelman, P.C. (Irena Golodkeyer, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Richard Montelione, J.), entered October 9, 2015. The order denied defendant's motion for summary judgment dismissing the complaint and, upon searching the record, granted plaintiff summary judgment on so much of the complaint as sought to recover upon a bill for $502.63.

ORDERED that the order is affirmed, with $25 costs.

In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint on the ground that plaintiff's claims were premature because plaintiff had failed to provide requested verification. The Civil Court denied defendant's motion and, upon searching the record, granted plaintiff summary judgment on so much of the complaint as sought to recover upon a bill for $502.63.

Defendant's only argument with respect to the bill for $502.63
lacks merit, as a court may search the record and award summary judgment based upon admissions and documentary evidence (see e.g. Arista Real Estate Holdings, Inc. v Kemalettin, 133 AD3d 696 [2015]). Defendant's brief does not provide a basis upon which to disturb the Civil Court's determination that there is a triable issue of fact regarding the adequacy of plaintiff's responses to defendant's verification requests with respect to the other bill, for $1,136.01.

Accordingly, the order is affirmed.

WESTON, J.P., ALIOTTA and ELLIOT, JJ., concur.

ENTER:

Paul Kenny

Chief Clerk

Decision Date: August 11, 2017

<form method="LINK" action="../../slipidx/at_2_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>